689 A.2d 224

**PENNSYLVANIA STATE ASSOCIATION OF TOWNSHIP SUPERVISORS, The Pennsylvania State Association of Boroughs and East Caln Township, Appellants,**

**v.**

**DEPARTMENT OF GENERAL SERVICES OF THE COMMONWEALTH OF PENNSYLVANIA and the Pennsylvania League of Cities and Municipalities.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1997.

Decided Feb. 19, 1997.

## ORDER

PER CURIAM.

Order affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.